UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff(s),<br><br>     v.<br><br>GILBERT SOTO,<br><br>                              Defendant(s). | Case No. 2:15-CR-146 JCM (NJK)<br><br>ORDER |

Presently before the court is defendant Gilbert Soto's motion for appointment of the FPD to assist him with moving for early termination of supervised release. (ECF No. 54).

Soto's motion is GRANTED pursuant to this district's Plan for Administration of the Criminal Justice Act of 1964. *See* 18 U.S.C. § 3006A(a)(1)(E); LCR 44-1.

IT IS SO ORDERED.

DATED January 11, 2021.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**